COM.

v.

**BROADUS, C.**

**1546 WDA 2016**

Superior Court of Pennsylvania.

09/18/2017

CP–02–CR–0011023–2001 (Allegheny)

Affirmed

**COM.**

v.

**SMIERCIAK, J.**

**1561 WDA 2016**

Superior Court of Pennsylvania.

09/18/2017

CP–02–CR–0014309–2015 (Allegheny)

Affirmed

**COM.**

v.

**BARKMAN, A.**

**1587 WDA 2016**

Superior Court of Pennsylvania.

09/18/2017

CP–25–CR–0001016–2014, CP–25–CR–0001850–2014, CP–25–CR–0002252–2012 (Erie)

Affirmed—Application to Withdraw as Counsel Granted

**COM.**

v.

**CASSA, A.**

**1629 WDA 2016**

Superior Court of Pennsylvania.

09/18/2017

CP–65–SA–0000254–2016 (Westmoreland)

Affirmed

**COM.**

v.

**QUINN, R.**

**2 WDA 2017**

Superior Court of Pennsylvania.

09/18/2017

CP–11–CR–0000147–2016 (Cambria)

Affirmed